UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BERMUDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:21-cv-00713-GSA<br><br>**ORDER DIRECTING CLERK TO STRIKE OLD SCHEDULING ISSUE NEW SCHEDULING ORDER** |

    The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, the Clerk of Court is **DIRECTED** to **STRIKE** the previously issued scheduling order, Doc. 6, and **ISSUE** the revised social security scheduling order which dispenses with the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

Dated:   **January 20, 2022**                    **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE