# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANGEL BERMUDEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:21-cv-00713-GSA<br><br>STIPULATION TO REMAND AND ORDER |

IT IS STIPULATED by and between Angel Bermudez (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to further evaluate the evidence, including evidence related to Plaintiff's depressive disorder.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 6th day of April, 2022.

Dated:  April 6, 2022                        */s/ Michelle J. Shvarts*
                                                         MICHELLE J. SHVARTS
                                                         Attorney for Plaintiff
                                                         *Authorized via e-mail on April 5, 2022

| | |
|---|---|
| Dated: April 6, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br>LISA A. THOMAS<br>Regional Chief Counsel, Region VII<br>Social Security Administration |
| By: | /s/ *Sarah E. Preston*_____<br>SARAH E. PRESTON<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner

IT IS SO ORDERED.

Dated:   **April 6, 2022**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE