# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BERMUDEZ,<br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No.: 1:21-cv-00713-GSA<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND TWO HUNDRED AND FIFTY FOUR DOLLARS** ($3,254.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated: **June 1, 2022**             **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE